**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-1820

GUS HNARAKIS,

Plaintiff - Appellant,

versus

FEDERAL BUREAU OF INVESTIGATION, Calverton
Office,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge. (CA-04-1687-AW)

Submitted:  September 16, 2004      Decided:  September 21, 2004

Before LUTTIG, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Gus Hnarakis, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gus Hnarakis appeals the district court's order dismissing his civil suit as frivolous under Fed. R. Civ. P. 12(b)(1). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Hnarakis v. FBI, No. CA-04-1687-AW (D. Md. filed June 10, 2004 & entered June 14, 2004). We deny his motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED